## COMMONWEALTH *vs.* JANE WHITE.

Allowing a witness who has testified on the trial of an indictment for unlawful sales of intoxicating liquors that he had bought beer of the defendant, to be asked, for the purpose of showing that it was intoxicating, whether he had bought, or drank beer bought, of other persons, is no ground of exception.

INDICTMENT on *St.* 1855, *c.* 215, §§ 15, 17. At the trial in the superior court in Norfolk, *Brigham*, J., against the defendant's objection, allowed a witness who, in answer to a question whether he had bought intoxicating liquor of the defendant within the time alleged in the indictment, had testified that he bought beer of the defendant, to be asked by the district attorney, for the purpose of showing by comparison that said beer was intoxicating, whether he had bought, or drunk beer bought, of persons other than the defendant. The defendant, being found guilty, alleged exceptions, which were

*Overruled by this court.*

*P. R. Guiney,* for the defendant.

*S. H. Phillips,* (Attorney General,) for the Commonwealth.